IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHALONDA ROUNTREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV419-344 |
| | ) |
| CHATHAM AREA TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 15) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 14th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Additionally, the parties' original Stipulation of Dismissal with Prejudice (Doc. 14) is **DISMISSED AS MOOT**.